UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MURAL COMM LLC, | : |
| Plaintiff, | : NOTICE AND ORDER OF |
| | : DISMISSAL WITH PREJUDICE |
| v. | : |
| | : 09 CIV 1329 (PGS)(ES) |
| STAPLES, INC., | : |
| Defendant. | : |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Mural Comm LLC hereby dismisses with prejudice this action and all claims therein.

By: _____
Jean-Marc Zimmerman, Esq.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff

Dated: June 12, 2009
   Westfield, New Jersey

SO ORDERED:   _____
   Peter G. Sheridan, U.S.D.J.

Dated: June ____, 2009